**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-24171-BLOOM/Elfenbein**

MOTOROLA MOBILITY LLC, and
LENOVO (BEIJING) LIMITED

      Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A,

      Defendants.

_____/

## PROOF OF SERVICE

I certify and declare that I am over the age of 18 years; my business address is Boies Schiller Flexner, LLP, 100 SE 2nd Street, Suite 2800, Miami, FL 33131; and I am an attorney for Plaintiffs, Motorola Mobility LLC ("MOTOROLA") and Lenovo (Beijing) Limited ("LENOVO") (collectively, "Plaintiffs" ), in the above-captioned action, duly admitted to practice before the courts of the State of Florida and the United States District Court for the Southern District of Florida.

On Febraury 23, 2026, pursuant to the methods of service authorized in the Court's Sealed Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) ("Alternate Service Order") dated January 29, 2026, ECF No. [18], and in compliance with the Court's January 27, 2026 Order to File Proof of Service, ECF No. [13], and February 6, 2026 Paperless Order extending the service deadline, ECF No. [24], I caused to be sent e-mails to the e-mail addresses provided by third party marketplace platforms for the

Defendants appearing on the attached Schedule A to Proof of Service, attaching copies of the Complaint, ECF No. [1]; Plaintiff's trademark registrations, ECF Nos. [1-2, 1-3]; issued Summons, ECF No. [27]; Plaintiff's *Ex Parte* Motion for Temporary Restraining Order, ECF No. [17], together with supporting declarations and exhibits; the Court's Sealed Order Granting *Ex Parte* Motion for Temporary Restraining Order, ECF No. [20]; the Court's Order extending the TRO, ECF No. [25]; and Alternate Service Order.  I also effected service of process on those Defendants via publication by posting a true and accurate copy of the aforementioned documents on a serving notice website ("Plaintiffs' Serving Notice Website"), http://motorola-lenovo-cases.com/case-24-cv-62152.html, and by providing the link to Plaintiffs' Serving Notice Website to Defendants via the aforementioned e-mails.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 23, 2026                    Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

/s/ Leigh Salomon
Leigh Salomon (FL Bar No. 1054106)
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Tel: (305) 357-8450
lsalomon@bsfllp.com

*Attorney for Plaintiffs Motorola Mobility LLC and Lenovo (Beijing) Limited*

2

**SCHEDULE A**

| DOE No. | Defendant Seller | E-Mail Address |
|---|---|---|
| 1 | CQWEIC-US | xxw348190380@outlook.com |
| 2 | Kingma Technology | amzus@kingmacn.com |
| 3 | a3851513 | 248319897@qq.com |
| 4 | ddmyfriend | waysl@helphoupu.com |
| 5 | ddmylovely | waysl@helphoupu.com |
| 6 | ddmymaster | waysl@helphoupu.com |
| 7 | ddmysmile | waysl@helphoupu.com |
| 8 | dhpetbf | dhgate_home2024@163.com |
| 9 | electronic258 | 2812384142@qq.com |
| 10 | htwxog | q16799784022@163.com |
| 11 | iphone_1312 | 2657168641@qq.com |
| 12 | phonecase888 | 1348683125@qq.com |
| 13 | solitudy | l15659386967@163.com |
| 14 | top_top1 | libai85@163.com |
| 15 | touchh | 13685002019@163.com |
| 16 | 3K-Acoustics | ebay@3k-acoustics.com |
| 17 | acdcdeals | dcorpdeals@gmail.com |
| 18 | Aeliya Marine Tech Private Limited | ebay@aeliyamarine.com |
| 19 | agprefect_09 | agpassion2023_6@126.com |
| 20 | all_you_need1 | 3354421447@qq.com |
| 21 | assh1370 | murshadj835@gmail.com |
| 22 | avieoza8 | avielebay665@gmail.com |
| 23 | craftrix-store | anwaarpathan5072@gmail.com |
| 24 | digitalrightway | hello@digitalrightway.com |
| 25 | dk-computers | clakmalnissanka@gmail.com |
| 26 | dor001 | dor684@gmail.com |
| 27 | gaabeyn_0 | abenayaka1990@gmail.com |
| 28 | global-picks | aymanelhint556@gmail.com |
| 29 | Hybrox Trade UG | ebay2014@hybrox-trade.de |
| 30 | karzanua-0 | kzanuarsyah@gmail.com |
| 31 | kdusb8-2 | kdusb8@126.com |
| 32 | kingbox755 | kingbox755@hotmail.com |
| 33 | lndie-1 | ahumai@126.com |
| 34 | lokalsabah | kuszaini88@gmail.com |
| 35 | mabr-940649 | dropmaoz13@gmail.com |
| 36 | marcal8731 | marcell93c@gmail.com |
| 37 | mysupertradingstore | supertradingstore@163.com |
| 38 | naselbag-0 | nasserelbaghdouri@gmail.com |
| 39 | nawom-73 | nawomihiran@gmail.com |
| 40 | Powerseller15 | 15355140658@163.com |
| 41 | powerstore-us | zenghui198986@163.com |
| 42 | private_picks | sebastianhunter9a@gmail.com |

4

| DOE No. | Defendant Seller | E-Mail Address |
| --- | --- | --- |
| 43 | rb-store25 | rami.bash@gmail.com |
| 44 | rdmx5687 | wangfangebay@163.com |
| 45 | rynshop2017 | ibiza_mejor@hotmail.com |
| 46 | sdute-tech | studetech@163.com |
| 47 | simpletul | giorgiofazioo@gmail.com |
| 48 | softdms | arielrsoftdms@gmail.com |
| 49 | superstore_9 | jmuneer89@gmail.com |
| 50 | swapspot | ismailelhalaoui97@gmail.com |
| 51 | szsjbd-21 | szsjbdzswyxgs@outlook.com |
| 52 | taxfreeer | clock2012sister@hotmail.com |
| 53 | Tianle1 | yiyubluetooth@163.com |
| 54 | tiyonionlinestore | pathirajaplaksiri@gmail.com |
| 55 | tks.smart-0 | tks.smartmarketing@gmail.com |
| 56 | USA_HotSpot_Shopping | hotspot-shopping@outlook.com |
| 57 | vbad8487 | ebayshangouzi@163.com |
| 58 | WORLDGLASSES | info@worldglasses.it |
| 59 | 1994 | maowaipo@outlook.com |
| 60 | Feilan Ltd | flwal2024@yeah.net |
| 61 | Happy buying | q13505026055@sina.com |
| 62 | Suumi LLC | lcu139054@163.com |
| 63 | YiFan Technology | yifankejigs@163.com |
| 64 | YIIYRY | yb_shopeeing@163.com |