**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-24171-BLOOM/Elfenbein**

MOTOROLA MOBILITY LLC, and
LENOVO (BEIJING) LIMITED,

      Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A,

      Defendants.

_____/

## CERTIFICATE OF SERVICE

I certify and declare that I am over the age of 18 years; my business address is Boies Schiller Flexner, LLP, 100 SE 2nd Street, Suite 2800, Miami, FL 33131; and I am an attorney for Plaintiffs, Motorola Mobility LLC ("MOTOROLA") and Lenovo (Beijing) Limited ("LENOVO") (collectively, "Plaintiffs" ), in the above-captioned action, duly admitted to practice before the courts of the State of Florida and the United States District Court for the Southern District of Florida.

On February 26, 2026, pursuant to the methods of service authorized in the Court's Sealed Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3), ECF No. [18], and Sealed Order Granting *Ex Parte* Motion for Temporary Restraining Order, ECF No. [20]—and in compliance with the Court's Order to Unseal and Setting Hearing on Motion for Entry of Preliminary Injunction (the "Hearing Order"), ECF No. [33]—I caused to be sent e-mails to the e-mail addresses provided by third party marketplace platforms

for the Defendants appearing on the Schedule A annexed hereto, attaching a copy of the Hearing Order and re-attaching a copy of Plaintiffs' Motion for Entry of Preliminary Injunction ("Motion for PI"), ECF No. [29].[1]  I also effected service of process on those Defendants via publication by posting a true and accurate copy of the aforementioned documents on a serving notice website ("Plaintiffs' Serving Notice Website"), http://motorola-lenovo-cases.com/case-25-cv-24171.html, and by providing the link to Plaintiffs' Serving Notice Website to Defendants via the aforementioned e-mails.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 27, 2026                    Respectfully submitted,

                                            **BOIES SCHILLER FLEXNER LLP**

                                            /s/ Leigh Salomon
                                            Leigh Salomon (FL Bar No. 1054106)
                                            100 SE 2nd Street, Suite 2800
                                            Miami, Florida 33131
                                            Tel: (305) 357-8450
                                            lsalomon@bsfllp.com

                                            *Attorney for Plaintiffs Motorola Mobility LLC and Lenovo (Beijing) Limited*

---

[1] Counsel for Plaintiffs also caused to be served the Motion for PI on Defendants, via the authorized methods of alternate service, on February 23, 2026, upon filing the Motion for PI, per the Certificate of Service annexed thereto.  *See* Motion for PI at 21.

### SCHEDULE A

| DOE No. | Defendant Seller | E-Mail Address |
| --- | --- | --- |
| 1 | CQWEIC-US | xxw348190380@outlook.com |
| 2 | Kingma Technology | amzus@kingmacn.com |
| 3 | a3851513 | 248319897@qq.com |
| 4 | ddmyfriend | waysl@helphoupu.com |
| 5 | ddmylovely | waysl@helphoupu.com |
| 6 | ddmymaster | waysl@helphoupu.com |
| 7 | ddmysmile | waysl@helphoupu.com |
| 8 | dhpetbf | dhgate_home2024@163.com |
| 9 | electronic258 | 2812384142@qq.com |
| 10 | htwxog | q16799784022@163.com |
| 11 | iphone_1312 | 2657168641@qq.com |
| 12 | phonecase888 | 1348683125@qq.com |
| 13 | solitudy | l15659386967@163.com |
| 14 | top_top1 | libai85@163.com |
| 15 | touchh | 13685002019@163.com |
| 16 | 3K-Acoustics | ebay@3k-acoustics.com |
| 17 | acdcdeals | dcorpdeals@gmail.com |
| 18 | Aeliya Marine Tech Private Limited | ebay@aeliyamarine.com |
| 19 | agprefect_09 | agpassion2023_6@126.com |
| 20 | all_you_need1 | 3354421447@qq.com |
| 21 | assh1370 | murshadj835@gmail.com |
| 22 | avieoza8 | avielebay665@gmail.com |
| 23 | craftrix-store | anwaarpathan5072@gmail.com |
| 24 | digitalrightway | hello@digitalrightway.com |
| 25 | dk-computers | clakmalnissanka@gmail.com |
| 26 | dor001 | dor684@gmail.com |
| 27 | gaabeyn_0 | abenayaka1990@gmail.com |
| 28 | global-picks | aymanelhint556@gmail.com |
| 29 | Hybrox Trade UG | ebay2014@hybrox-trade.de |
| 30 | karzanua-0 | kzanuarsyah@gmail.com |
| 31 | kdusb8-2 | kdusb8@126.com |
| 32 | kingbox755 | kingbox755@hotmail.com |
| 33 | lndie-1 | ahumai@126.com |
| 34 | lokalsabah | kuszaini88@gmail.com |
| 35 | mabr-940649 | dropmaoz13@gmail.com |
| 36 | marcal8731 | marcell93c@gmail.com |
| 37 | mysupertradingstore | supertradingstore@163.com |
| 38 | naselbag-0 | nasserelbaghdouri@gmail.com |
| 39 | nawom-73 | nawomihiran@gmail.com |
| 40 | Powerseller15 | 15355140658@163.com |
| 41 | powerstore-us | zenghui198986@163.com |
| 42 | private_picks | sebastianhunter9a@gmail.com |

| DOE No. | Defendant Seller | E-Mail Address |
| --- | --- | --- |
| 43 | rb-store25 | rami.bash@gmail.com |
| 44 | rdmx5687 | wangfangebay@163.com |
| 45 | rynshop2017 | ibiza_mejor@hotmail.com |
| 46 | sdute-tech | studetech@163.com |
| 47 | simpletul | giorgiofazioo@gmail.com |
| 48 | softdms | arielrsoftdms@gmail.com |
| 49 | superstore_9 | jmuneer89@gmail.com |
| 50 | swapspot | ismailelhalaoui97@gmail.com |
| 51 | szsjbd-21 | szsjbdzswyxgs@outlook.com |
| 52 | taxfreeer | clock2012sister@hotmail.com |
| 53 | Tianle1 | yiyubluetooth@163.com |
| 54 | tiyonionlinestore | pathirajaplaksiri@gmail.com |
| 55 | tks.smart-0 | tks.smartmarketing@gmail.com |
| 56 | USA_HotSpot_Shopping | hotspot-shopping@outlook.com |
| 57 | vbad8487 | ebayshangouzi@163.com |
| 58 | WORLDGLASSES | info@worldglasses.it |
| 59 | 1994 | maowaipo@outlook.com |
| 60 | Feilan Ltd | flwal2024@yeah.net |
| 61 | Happy buying | q13505026055@sina.com |
| 62 | Suumi LLC | lcu139054@163.com |
| 63 | YiFan Technology | yifankejigs@163.com |
| 64 | YIIYRY | yb_shopeeing@163.com |